UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DIANE WILLIAMS,**

    **Plaintiff,**

v.                                              Case No.  8:04-cv-2298-T-30EAJ

**HUNTINGTON BANCSHARES, INC. d/b/a**
**THE HUNTINGTON NATIONAL BANK,,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. #42).  The Court notes that Plaintiff filed a Statement of Objection to Magistrate's Report and Recommendation (Dkt. #43), however, such objection did not address the Magistrate Judge's recommendation that Plaintiff's motion should be granted.  Defendant did not file a written objection to the Report and Recommendation and the time for filing such objection has elapsed.

Judge Jenkins has recommended that Plaintiff's Affidavit of Indigency (Dkt. #38) be construed as a motion to appeal *in forma pauperis* and that such motion should be granted in light of Plaintiff's financial situation.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion

that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Affidavit of Indigency) (Dkt. #38) is GRANTED.

3. Although Plaintiff is proceeding *pro se*, she is still subject to the applicable rules of the Court and relevant law, including the Local Rules governing the Court's procedures, and may be sanctioned for violating those rules. See Moon v. Newsome, 863 F.2d 835 (11th Cir. 1989).

**DONE** and **ORDERED** in Tampa, Florida on July 27, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-2298.forma pauperis 38.wpd